# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-7007　　　　　　　　　　　　　　　　September Term 2011

1:03-cv-02006-EGS

**Filed On:** January 11, 2012

American Society for the Prevention of Cruelty
to Animals, et al.,

　　　　Appellants

　　v.

Ringling Bros. and Barnum & Bailey Circus
and Feld Entertainment, Inc.,

　　　　Appellees

------------------------------

Consolidated with 10-7021

　　**BEFORE:**　　Tatel, Garland, and Brown, Circuit Judges

## O R D E R

　Upon consideration of appellants' petition for panel rehearing filed on November 28, 2011, and the response thereto, it is

　**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Jennifer M. Clark
　　　　　　　　　　　　　　　　　Deputy Clerk