# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-7007  September Term 2011

1:03-cv-02006-EGS

Filed On: January 25, 2012 [1354651]

American Society for the Prevention of
Cruelty to Animals, et al.,

     Appellants

    v.

Ringling Bros. and Barnum & Bailey Circus
and Feld Entertainment, Inc.,

     Appellees

------------------------------

Consolidated with 10-7021

## O R D E R

    Upon consideration of appellee's bill of costs, it is

    **ORDERED** that appellee's request for costs be granted. Costs are awarded to appellee, in the amount of $152.40 and taxed against appellants.

    Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:    /s/
         Jennifer M. Clark
         Deputy Clerk